**Order entered July 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00529-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**KAWANNA THAPA, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F10-50956-K**

## ORDER

Before the Court is the State's June 17, 2013 motion to publish. We **DENY** the motion.


       /s/     JIM MOSELEY
               JUSTICE